■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS GARNER, Appellant. [700 NYS2d 907] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that his waiver of the right to appeal was not knowing and intelligent. That waiver encompassed the right to challenge the sentence as harsh and excessive (*see, People v Hildalgo*, 91 NY2d 733, 737). Furthermore, the record does not support the contention of defendant that he was sentenced on

the basis of materially untrue assumptions or misinformation (*see, People v Naranjo*, 89 NY2d 1047, 1049). Defendant was properly punished for a crime that he committed, not for crimes committed by others. (Appeal from Judgment of Oneida County Court, Dwyer, J.—Manslaughter, 1st Degree.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.